Ruchell Cinque Magee
3C02-127  #A92051
Box 3471, CSP
Corcoran, CA 93212

original -

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED  APR 04 2005
CLERK

U.S. DISTRICT COURT FOR THE

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| Ruchell Cinque Magee, ) | NO. 05-245-D-M1 |
| Plaintiff ) | |
| vs- ) | COMPLAINT FOR CIVIL ACTION |
| Doe - One, Secretary, ) | |
| Department Of Revenue and Taxation ) | |
| and Melanie Doucet, agent ) | |
| Defendants ) | |

1.        JURISDICTION

Plaintiff brings this action against Louisiana state agencies pursuant to 42 U.S.C., Section 1983. Jurisdiction of this Court is invoked under 28 U.S.C., Section 1331- 1343, in claims arising from violations of federal guarantees in the First, Fifth and Fourteenth Amendments to the United States Constitution and redressable pursuant to Biven Vs- Six Unknown Narcotis Agentd, 403 U.S. 388 (1971).

11.        PARTIES

Plaintiff and the defendants are Citizens of the United

BW for SCR

States.

Plaintiff resides at 4001 King Avenue, Box 3471, CSP- # A92051, Corcoran, California 93212

Defendant Doe-One, Secretary, Department of Revenue and Taxation, State of Louisiana, at Baton Rouge, Louisiana.

Defendant Melanie Doucet, agent, Department of Revenue and Taxation, State of Louisiana, at Baton Rouge, Louisiana.

111.     CAUSE OF ACTION

Acting under color of Louisiana State authority or law, the defendants Doe-One Secretary and Doucet, in Baton Rouge Parish or city have been since 1978 and continuing now, withhold $1, 000, 00 in U.S. Currency (property) belonging to the plaintiff as result of the sale of his land in Washington Parish, at Franklinton, Louisiana. ( See EXHIBIT-A, Order of Court, attached hereto).

On May 31, 1994, and prior to, the plaintiff requested by writing that the $1, 000.00 be released to the Ruchell Cinque Magee Committee .

On August 25, 1994, defendant Melanie in letter acknowledged having the funds.   However, failed/refused to release same without explanation.

July 3, 2001, January 31, 2002- August 18, 2004 and March 5, 2005 the plaintiff submitted written requests that the $1, 000.00 be turned over to his defense fund team.

Defendants and their agencies in direct participation with them, failed/refused to release the $1, 000.00.

By failure/refusal to release the property to the plaintiff, the defendants prevented $25,000.00 interest from being made on the $1,000.00.

As a direct result of the defendants conduct, the plaintiff suffered highly mental stress from harassment being ignored, and from lost of sleep, and lost of $25,000.00 interest on the $1,000.00.

Plaintiff's Constitutional Rights have been violated, Fifth, Eighth and Fourteenth Amendments, United States Constitution.

IV.     RELIEF

WHEREFORE, plaintiff demand judgment against the defendants:

1. Declaratory of rights;

2. $75,000.00 for damages, seperately and individually;

3. Cost of court;

4. Attorney Fees;

5. Plaintiff request also jury trial;

FURTHER, request the court to grant such other relief that it deems appropriate and just.

I certify under penalty of perjury the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 25, 2005                    RESPECTFULLY SUBMITTED

                                         *Ruchell Cinque Magee*
                                         RUCHELL CINQUE MAGEE

3

| | |
|---|---|
| BICKHAM, INCORPORATED | DOCKET NUMBER 43,158 C |
| VERSIS | 22ND JUDICIAL DISTRICT COURT |
| | PARISH OF WASHINGTON |
| RUSCHELL MAGEE | STATE OF LOUISIANA |

## MOTION

NOW INTO COURT comes Charles M. Cassidy, Notary Public appointed by this Court to effect the partition in the above captioned matter and respectfully requests that the Court authorize him to disburse the proceeds of the Sheriff's Sale conducted on September 13, 1978 as follows:  Two Thousand and No/100 Dollars ($2,000.00), to Bickham, Incorporated; One Thousand and No/100 Dollars ($1,000.00) to Clerk of Court of Washington Parish, Louisiana, to be held in the registry of that Court for the benefit of the non-resident defendant, Ruschell Magee.

_____
CHARLES M. CASSIDY

## ORDER

CONSIDERING the foregoing Motion;

IT IS ORDERED That Charles M. Cassidy deposit with the Clerk of Court the sum of One Thousand and No/100 Dollars ($1,000.00) to be held in the registry of the Court for the non-resident defendant, Ruschell Magee.

Franklinton, Washington Parish, Louisiana, this _____ day of October, 1978.

_____
DISTRICT JUDGE

Exhibit A

UNITED STATES DISTRICT COURT

MEDDLE _____ DISTRICT OF CALIFORNIA

RUCHELL CINQUE MAGEE
_____

v.                                                Case Number: _____

Dept. Of Revenue & Taxation
_____
                                                  PROOF OF SERVICE

_____/

    I hereby certify that on ____March 25,_____, _2005___. I served a copy

of the attached __COMPLAINT FOR CIVIL ACTIONM_____,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by

depositing said envelope in the United States Mail at __Corcoran, California__:

Doe One, Secretary
Department of Revenue & Taxation
P.O. Box 201
Baton Rouge, La  70821-0201

Melanie Doucet, agent
Dept. Of Revenue & Taxation
P.O. Box 201
Baton Rouge, La.  70821 - 0201

    I declare under penalty of perjury that the foregoing is true and correct.

                                                                                                                    *[signature]*
                                                                                                RUCHELL CINQUE MAGEE