U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED: APR 20 2005
CLERK

Ruchell Cinque Magee
3C02-127  # A92051
Box 3471, CSP
Corcoran, CA 93212

IN THE UNITED STATES DISTRICT COURT
MIDDLE OF LOUISIANA

Ruchell Cinque Magee,

    Plaintiff

Vs-

Secretary, Department of Revenue
and Taxation, et al.,

    Defendants

Cv.05-245-D-1

---

OBJECTION TO THE U.S. MAGISTRATE'S ORDER dated April 6, 2005, for the reasons as follows:

1. Plaintiff filed civil complaint against the secretary, Department of Revenue and Taxation, et.al.

Plaintiff filed certified prison trust account showing he do have funds to pay the filing fee in this matter.

The Complaint state a claim against the parties sued, which claim no one deny, because the claims are true showing deprivation of property, in violation of Due Process.

The Magistrate claims the Anti-terrorism Act bar filing of the plaintiff's complaint, unless he pay the court $250.00.

The magistrate was correct on pages 1&2, of its order about Magee has filed more than three legal documents in the previous federal courts. However, the magistrate's confused the facts about the documents being frivolous.

The cases cited by the magistrate, namely:

Magee v. Galaza, CV 01-5467 (E.D.Cal.);
Magee v. Ridge, CV 99-2082 (M.D. Pa.);
Magee v. Roemer, CV 98-4801 (C.D. Cal.); Magee v. Johnson, CV 95-2037 (E.D. La.)

all relates to government and its agents suppressing evidence of innocence.

In Magee v. Ridge, Supra, the complaint show the same ring of criminals concealing jury acquittal and other trial records in coverup of a frameup within a frameup, also conspired with governor Ridge and others to murder an innocent Black man Muria Abu-Jamal by wrongful execution in Pennsylvania based on racism in our criminal justice system - having reduced the courts to a klu klux klans bench, exploiting the AMerican people under pretents of justice, in violation of every law in the book. The said court claimed lack of jurisdiction to review the evidence of innnocence supported by jury acquittal under gag-rule by under-coevr racists.

In Magee v. Roemer, Supra, claim show white racist clowns who murdered the Marin County Superior Court judge Haley, hidden the evidence of murder to prevent exposing of the Los Angeles county police frameup of 1963/65, Next, conceal the jury acquittal of 1973 in San Francisco county (case Number 83668) and published false and slanderous information against the plaintiff. The court

2

1 in that case claimed lack of jurisdiction to review the evidence.

2 Each case cited by the Magistrate referred as frivolous was

3 dismissed by judges claiming lack of jurisdiction over the case.

4 To call the jurors a lie, judges become impeachable for

5 jury tampering, fraud, and accepting bribe money to lie and coverup.

6 Removal of the fraudulently document styled Anti-terrorism

7 ACT, the government has no tool or tactic to suppress evidence

8 by talking cross-eyed about justice.

9 Upon inventing the racist garbage referred as Anti-terrorism

10 ACT, which is racist's attack on the 1964 civil rights act and writ

11 of habeas corpus procedural in government coverup cases, that sex-

12 pervert and racist senator Orrin (catch-22) Hatch and their lap-

13 dogs sold news media hype about stoping prisoners from filing

14 frivolous documents and wasting tax-money on frivolous documents.

15 The public need only inspect when clinton was sucking that

16 whore behind whitehouse doors, that clown proved itself mentally

17 retarded (irresponsible).   Since the placement of that racist

18 book $millions, if not $billions of dollars have

19 been wasted by corrupted government agents suppressing evidence

20 in frameup cases, by trying to pretend justification by singing

21 public song about protecting the public. Law suit filing was $75.

22 00 fee when Clinton and Hatch claimed saving tax money. Law suit

23 filing fee is now $250.00 where corrupted judges claims lack of

24 jurisdiction to review evidence of corruption in our criminal justice

25 system committing assault on the jury system, not to mention

26 suppressing evidence of frameups that will shock the concience of

27 the American people, nation wide, once exposed whats in

3

our court protecting organized crime suppressing evidence.

The magistrate lack jurisdiction to use previous courts dismissals where those courts claimed lack of jurisdiction over the case upon failure/refusal to address the issues showing government suppressing evidence .

Jury acquittal in this case bar use of the Anti-terrorism act. See 18 U.S.C., Section 3731.

One species of fraud upon the court occurs when an officer of the court perpetrates fraud affecting the ability of the court or jury to impartially judge a case. See In re Intermagnetics America, Inc., 926 F. 2d 912, 915 (9th Cir. 1991); Alexander vs- Robertson, 882 F. 2d 421, 424 (9th Cir. 1989).

Previous courts stayed away from the fraud issues claiming lack of jrisdiction to go there. The magistrate lack jurisdiction to use those decisions as evidence to deny access to court. See Firestone Tire & Rubber Co., vs- Risjord, 449 U.S. 368 (1981).

For the foregoing reasons, the court should strike the magistrate arbitrary order, or in the alternative, grant plaintiff extraordinary review into judges abuse of discretion in this matter.

I certify under penalty of perjury the foregoing is true and correct.
Dated: April 14, 2005

*[signature]*
RUCHELL CINQUE MAGEE

4

U.S. DISTRICT COURT FOR THE

MIDDLE DISTRICT OF LOUISIANA

Ruchell Cinque Magee,

    Plaintiff

vs

Secretary, Department of Revenue            NO. C- 05-245-D-1

and Taxation, et., al.,

    Defendants

-----------------------------------

    I, RUCHELL CINQUE MAGEE, deposed and declares as follows:

    1. That, I am the plaintiff in the current pending civil action (Number C-05-245-D-1, supra).

    2. That, I have filed certified prison trust account in this court showing I do not have funds to pay filing fee and cost of court in this matter.

    3. The Department of revenue and Taxation, state of Louisiana was gave $1,000.00 in U.S. Currency for my person, as showing by my civil action.

    4. The previous courts dismissed my complaints based their claim of lacking jurisdiction over the case, namely: Magee v. Galaza, CV 01-5467 (E.D. Cal.); Magee v. Ridge, Cv 99-2032 (M.D.Pa.); Magee v. Roemer, CV 98-4801 (C.D. Cal.); Magee v. Johnson, CV 95-2037 (E.D. La.) which cases the Magistrate of this court cited upon ordering complaint be dismissed.

I certify under penalty of perjury the foregoing is true and correct

Dated: April 14, 2005                *Ruchell Cinque Magee*
                                            RUCHELL CINQUE MAGEE

UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF LOUISIANA

RUCHELL CINQUE MAGEE

v.

Secretary, DEpt. Of Revenue &

Taxation, et., al.,

DEfendants.

Case Number: __Cv. 05-245-D1__

PROOF OF SERVICE

I hereby certify that on __April 14,__ 20__05__. I served a copy

of the attached __OBJECTION TO U.S. Magistrate's Order, etc.__,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by

depositing said envelope in the United States Mail at __Corcoran, California__:

Atty. G. Wayne Kuhn'
Johnson Building
Franklinton, La 70438

Secretary, Dept. of Revenue &
Taxation
P.O. Box 201
Baton Rouge, La 70821-0201

Solicitor General
U.S. Dept. Of Justice
Washington, DC 20001

U.S. Attorney General
U.S. Dept. Of JUstice
Washington, DC

Attorney General
State Department of Justice
New Orleans, La. 70127

I declare under penalty of perjury that the foregoing is true and correct.

_RUCHELL C. MAGEE_